**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1251**

GARY M. GRAY,

             Plaintiff - Appellant,

        v.

WITTSTADT TITLE AND ESCROW COMPANY LLC; MORRIS/ HARDWICK/
SCHNEIDER; ONE WEST BANK, FSB,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Mark S. Davis, District
Judge.  (4:11-cv-00111-MSD-TEM)

Submitted:  August 16, 2012          Decided:  August 20, 2012

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary M. Gray, Appellant Pro Se.  Kevin Roger Hildebeidel, MORRIS
HARDWICK SCHNEIDER, PLLC, Dulles, Virginia; Amy Elizabeth
Miller, MCGUIREWOODS, LLP, McLean, Virginia; Anand Vijay Ramana,
MCGUIREWOODS, LLP, Washington, DC, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary M. Gray appeals the district court's dismissal of his complaint and its denial of his post-judgment motions to amend the judgment under Fed. R. Civ. P. 60(b) and to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gray v. Wittstadt Title & Escrow Co., No. 4:11-cv-00111-MSD-TEM (E.D. Va., Nov. 28, 2011, Jan. 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED